CT evmhrg (October 17, 2001)

TOTAL TIME: ___ hours 45 minutes

DEPUTY CLERK _Deb_    HONORABLE _Droney_
RPTR/ERO/TAPE _Marshall_

DATE _Dec 5, 2003_    START TIME _11:15_    END TIME _12:00_

RECESS FROM _____ LUNCH RECESS FROM _____ TO _____
TO _____    (if more than 1/2 hour)

_Grunberger_

CIVIL NO. _3:03CV647(CFD)_

§
§    _Blueweiss_
vs.    §    Plaintiffs Counsel
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
_Leone_    §    _Alderman_
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing    ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing    ☐ (evidhrg.) Evidentiary Hearing    ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing    ☐ (fairhrg.) Fairness Hearing    ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscelaneous Hearing

MOTION
DOCUMENT NO.

☒ #16 Motion _to Dismiss_    ☐ granted ☐ denied ☒ advisement
☐ # Motion _____    ☐ granted ☐ denied ☐ advisement
☐ # Motion _____    ☐ granted ☐ denied ☐ advisement
☐ # Motion _____    ☐ granted ☐ denied ☐ advisement
☐ # Motion _____    ☐ granted ☐ denied ☐ advisement
☐ # Motion _____    ☐ granted ☐ denied ☐ advisement
☐ # Motion _____    ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____    ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

☐ _____    ☐ filed ☐ docketed
☐ _____    ☐ filed ☐ docketed
☐ _____    ☐ filed ☐ docketed
☐ _____    ☐ filed ☐ docketed
☐ _____    ☐ filed ☐ docketed
☐ _____    ☐ filed ☐ docketed
☐ _____    ☐ filed ☐ docketed
☐ _____    ☐ filed ☐ docketed
☐ _____    ☐ filed ☐ docketed
☐ _____ Hearing continued until _____ at _____