UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRUNBERGER JEWELERS, INC., <br> JAMES GRUNBERGER, <br> ERIC BEAUME and SONIA LUTBERT <br> Plaintiffs, <br><br> v. <br><br> THOMAS LEONE <br> Defendant. | CIVIL ACTION <br><br> NO. 3:03-CV-0647 (CFD) |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local District Rule 15, Karen Oliver Damboise of Alderman & Alderman ("Movant") respectfully moves for authority to withdraw as counsel for the Defendant in the above captioned adversary proceeding. In support of her motion, the undersigned respectfully represents the following:

1. On or about April 9, 2003, Myles H. Alderman, Jr. of Alderman & Alderman filed an appearance in the above referenced matter on behalf of Thomas Leone.

2. On or about April 9, 2003, Karen Oliver Damboise of Alderman & Alderman filed an appearance in the above referenced matter on behalf of Thomas Leone.

3. The appearance of Karen Oliver Damboise is in addition to that of Attorney Alderman.

Alderman
& Alderman
100 PEARL STREET, 14TH FLOOR
HARTFORD, CONNECTICUT 06103

Page 1

4. Karen Oliver Damboise is no longer representing the Defendant in this matter and her appearance is duplicative.

5. The Defendant is still represented by Myles H. Alderman, Jr. from the firm of Alderman & Alderman and will not be prejudiced by the withdrawal of the appearance of Attorney Damboise.

6. Defendant Thomas Leone consents to the withdrawal of Karen Oliver Damboise's appearance and does not object to the Court granting this Motion.

WHEREFORE, for the foregoing reasons, Karen Oliver Damboise respectfully requests that this court grant her leave to withdraw her appearance on behalf of Thomas Leone and grant such other and further relief as this Court deems just and proper.

Dated: February 19, 2004

By: /s/ Karen Oliver Damboise
Karen Oliver Damboise
Alderman & Alderman
100 Pearl Street, 14th Floor
Hartford, CT 06103
Telephone 860.249.0090
Telecopier 860.249.7146
Fed Bar # CT24095

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRUNBERGER JEWELERS, INC., <br> JAMES GRUNBERGER, <br> ERIC BEAUME and SONIA LUTBERT <br> Plaintiffs, <br><br> v. <br><br> THOMAS LEONE <br> Defendant. | CIVIL ACTION <br><br> NO. 3:03-CV-0647 (CFD) |

### ORDER

Upon the motion of Karen Oliver Damboise to withdraw her appearance as Counsel in the above captioned case on behalf of Thomas Leone, good cause having been shown and no objection having been heard, it is hereby

ORDERED, that the motion is granted and that Karen Oliver Damboise's appearance for Thomas Leone is hereby deemed withdrawn.

Dated at Hartford, Connecticut, on this _____ day of _____, 2004

_____
Christopher F. Droney, Judge

Alderman
& Alderman
100 PEARL STREET, 14TH FLOOR
HARTFORD, CONNECTICUT 06103

## CERTIFICATION

I hereby certify that a copy of the Motion to Withdraw Appearance was mailed postage pre-paid this 19th day of February, 2004, to the following counsel and pro se parties:

Jeffrey Blueweiss
Lewis Lerman
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street
Bridgeport, CT 06604
Attorney for Plaintiffs

Karen Oliver Damboise (CT #24095)
Alderman & Alderman
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel. 860.249.0090
Fax. 860.249.7146