UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRUNBERGER JEWELERS, INC., JAMES GRUNBERGER, ERIC BEAUME and SONIA LUTBERT<br>Plaintiffs,<br><br>v.<br><br>THOMAS LEONE<br>Defendant. | CIVIL ACTION<br><br>NO. 3:03-CV-0647 (CFD) |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local District Rule 15, Karen Oliver Damboise of Alderman & Alderman ("Movant") respectfully moves for authority to withdraw as counsel for the Defendant in the above captioned adversary proceeding. In support of her motion, the undersigned respectfully represents the following:

On or about April 9, 2003, Myles H. Alderman, Jr. of Alderman & Alderman filed an appearance in the above referenced matter on behalf of Thomas Leone.

On or about April 9, 2003, Karen Oliver Damboise of Alderman & Alderman filed an appearance in the above referenced matter on behalf of Thomas Leone.

3. The appearance of Karen Oliver Damboise is in addition to that of Attorney Alderman.

Alderman
& Alderman
100 PEARL STREET, 14TH FLOOR
HARTFORD, CONNECTICUT 06103

Page 1