FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 APR -9 P 3:36

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| GRUNBERGER JEWELERS, INC., JAMES GRUNBERGER, ERIC BEAUME and SONIA LUTBERT<br>Plaintiffs,<br><br>v.<br><br>THOMAS LEONE<br>Defendant. | CIVIL ACTION NO.<br><br>303CV0647 CFD |

## NOTICE OF PENDING MOTIONS

The Defendant, Thomas Leone, hereby gives Notice of Pending Motions in the Superior Court for the State of Connecticut at Stamford. The Defendant represents that his Motion to Dismiss for lack of personal jurisdiction is pending, has not been heard by any Judge, and requires action by the District Court. True and complete copies of the Defendant's Motion to Dismiss and Supporting Memorandum of Law, the Plaintiffs' Objection to the Motion to Dismiss, Defendant's Response and Supplemental Memorandum of Law to Plaintiff's Objection to the Motion to Dismiss and Plaintiff's Supplemental Memorandum of Law in Support of the Objection to the Motion to Dismiss are attached hereto.

ALDERMAN & ALDERMAN
100 PEARL STREET, 14TH FLOOR
HARTFORD, CONNECTICUT 06103

Page 1

*Handwritten annotation in left margin:* The motion to dismiss is DENIED, as moot, in light of the subsequent motion to dismiss [Doc. # 16]. So ordered.

Christopher F. Droney
United States District Judge
3/30/04