UNITED STATES DISTRICT COURT

**FILED**

DISTRICT OF CONNECTICUT

2004 JUN 21  P 2: 21

U.S. DISTRICT COURT
HARTFORD, CT.

GRUNBERGER JEWLERS INC.;  :
JAMES GRUNBERG; ERIC BEAUME;
SONIA LUTBERG  :

v.  : CASE NO. 3:03cv647 (CFD)

THOMAS LEONE  :

## JUDGMENT

This action having come on for consideration of the defendant's Motion to Dismiss before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the motion and the full record of the case including applicable principles of law, and having granted the motion by ruling, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 21st day of June, 2004.

KEVIN F. ROWE, Clerk

By _____
Deyorah Johnson
Deputy Clerk

EOD_____